CA, for appellee. Also represented by Robin L. Brewer; David H. Kramer, Palo Alto, CA.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

COSTS

Costs awarded to Square, Inc.

appellant. Also represented by Matthew D. Satchwell.

LOURIE, MOORE, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**SOUTHWIRE COMPANY, LLC, Appellant**

v.

**CERRO WIRE LLC, Cross–Appellant.**

**Nos. 2015–1117, 2015–1118.**

United States Court of Appeals, Federal Circuit.

Oct. 20, 2015.

Kirk T. Bradley, Alston & Bird LLP, Charlotte, NC, argued for appellant. Also represented by Christopher L. McArdle, New York, N.Y.; Keith E. Broyles, Atlanta, GA.

Paul Richard Steadman, DLA Piper U.S. LLP, Chicago, IL, argued for cross-

**ENCORE WIRE CORPORATION, Appellant**

v.

**SOUTHWIRE COMPANY, LLC, Cross–Appellant.**

**Nos. 2015–1249, 2015–1250.**

United States Court of Appeals, Federal Circuit.

Oct. 20, 2015.

Massimo Ciccarelli, James Michael Heinlen, Esq., James Murphy, Thompson & Knight LLP, Dallas, TX, for Appellant.

Kirk T. Bradley, Esq., Alston & Bird LLP, Charlotte, NC, Keith E. Broyles, Esq., Alston & Bird LLP, Atlanta, GA, Christopher L. McArdle, Alston & Bird LLP, New York, N.Y., Paul V. Storm,